Tanner Roubideaux-Davis #116770
Hutchinson Correctional Facility
Po Box 1568
500 Reformatory
Hutchinson, KS 67501-1568

In the United States District Court
for the District of Kansas

Tanner Roubideaux-Davis )
            Plaintiff    )
                         )   Case No. 25-3057-JWL
                         )
V.                       )
                         )
Dan Schnurr, John Doe    )
            Defendants   )

## Motion of Objection to Seal Exhibits 22, 24, and 27

Comes now, Tanner-Roubideaux-Davis acting as his own Pro Se Legal Counsel. Mr. Jon D. Graves is asking I not have access to Exhibits 22, 24 and 27 being I am the Plaintiff. He ask only attorney associated with this action has access to said exhibits. But since I'm acting as my own attorney I feel I should have full access to all Exhibits a private attorney would have.

1

Respectfully submitted

by Tanner Roubideaux-Davis

Tanner Roubideaux-Davis #116770
Hutchinson Correctional Facility
PoBox 1568
500 Reformatory
Hutchinson, Kansas 67501-1568.
Plaintiff Pro Se

Certificate of service

I hereby certify that on August 22, 2025, I electronically filed the foregoing with the clerk of the court by the CM/ECF system which will send notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by First-Class mail to the following non-CM/ECF Participants:

Jon D. Graves #10554
PoBox 1568
Hutchinson, KS 67504-1568
(620) 625-7253
Jon.Graves@KS.gov
Attorney for Interested Party.

2